JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIELYS YULIETH CANTILLO SIERRA,<br><br>        Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>        Respondents. | Case No. 5:26-cv-02297-KES<br><br>**JUDGMENT** |

For the reasons stated in the Court's order granting the Petition (Dkt. 10), Judgment is hereby entered granting the Petition.

DATED:  May 12, 2026        _____

                                Hon. Karen E. Scott
                                UNITED STATES MAGISTRATE JUDGE